**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 478 EAL 2016
                              :
           Respondent         :
                              :  Petition for Allowance of Appeal from
                              :  the Order of the Superior Court
          v.                 :
                              :
                              :
KEVIN GREEN,                  :
                              :
          Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.